IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HEATHER PICQUELLE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15082

Judge Andrea R. Wood

Magistrate Judge Jeffrey Cole

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants Identified in First Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support.[1]

DATED: December 14, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois, 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

---

[1] Attached hereto as Exhibit 1 is Plaintiff's First Amended Schedule A, which excludes any Defendant who has been dismissed or has entered a fully signed settlement agreement with Plaintiff, but has not yet been dismissed as of December 14, 2023, due to parties awaiting direct payment or payment from platforms.

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 14, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, or I will send an e-mail any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                                    /s/ *Keith A. Vogt*
                                                    Keith A. Vogt, Esq.