EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HEATHER PICQUELLE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15082

Judge Andrea R. Wood

Magistrate Judge Jeffrey Cole

## FIRST AMENDED SCHEDULE A

| No. | Defendants |
|---|---|
| 1 | ✈ 7-14 days-US delivery |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Ming Hai |
| 8 | |
| 9 | lianmingli |
| 10 | |
| 11 | Hbsui |
| 12 | |
| 13 | |
| 14 | |
| 15 | Drether |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Anruioo |
| 21 | OIOLOYJM✈7-13 delivery✈Fall Clothes for Women |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | |
|---|---|
| 26 | |
| 27 | |
| 28 | |
| 29 | PAH-ZHQ |
| 30 | guangzhoushinuokaimaoyiyouxiangongsi |
| 31 | |
| 32 | |
| 33 | ouqinglai |
| 34 | WUJINWU |
| 35 | |
| 36 | Pengdongqin2cx56d |
| 37 | Bengbobar Boutique |
| 38 | KINGOLDON |
| 39 | FloHua |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | lanerpo |
| 46 | Mode shang |
| 47 | |
| 48 | Esn Nazpy-VSSSJ |
| 49 | |
| 50 | Rossy Geng |
| 51 | |
| 52 | |
| 53 | Sentmoon（7-10 Days USA Fast Delivery) |
| 54 | |
| 55 | |
| 56 | Bnwani |
| 57 | AIO Wride Store |
| 58 | |
| 59 | Rony mar |
| 60 | ShanXiPengXiao |
| 61 | Zhontiagar |
| 62 | |
| 63 | wangrunlin202101 |
| 64 | Fartunedo |
| 65 | CHENWU |
| 66 | FORUU(7-14 Days Delivery) |

| | |
|---|---|
| 67 | |
| 68 | BAOBAONIBU |
| 69 | Feigeshanghang |
| 70 | leihuafeimeng |
| 71 | |
| 72 | XIMNSH |
| 73 | Zhao Yong |
| 74 | TrendsMarks |
| 75 | ziwangjisuanji |
| 76 | Nt4everttmShop |
| 77 | xiang art shop |
| 78 | |
| 79 | |
| 80 | |
| 81 | newxiewenbin |
| 82 | QUANGLINHQUANGNINH |
| 83 | TRANMINHDUCCITY |
| 84 | DOANTHIPHUONGCITY |
| 85 | Xzegtee |
| 86 | YCL ART |
| 87 | Grand Di |
| 88 | Lisa Urbina |
| 89 | |
| 90 | Carcenry |
| 91 | Phucnguyen123123 |
| 92 | Khang Nguyen Store |
| 93 | Nicole williams |
| 94 | |
| 95 | shangshuixianmengmengshangmaoyouxiangongsi |
| 96 | Deeprint |
| 97 | AlisonCHarris |
| 98 | Lmposing |
| 99 | Gardeish |
| 100 | MoMo Art |
| 101 | Michael·Neely |
| 102 | NGUYENTUANTHINHJJK |
| 103 | zhoukoushilinnuoshangmaoyouxiangongsi |
| 104 | QIAOYUFAN |
| 105 | Yumeart Wall Decor |
| 106 | abel tang |
| 107 | changjiangxulingsuiwangluokejiyouxiangongsi |

| | |
|---|---|
| 108 | lingleshangmaoyouxiangongsi |
| 109 | StrCloudUS |
| 110 | TuanLoc Crafting Store |
| 111 | ChenchenzhiUS |
| 112 | hongyudian |
| 113 | Doriboom |
| 114 | |
| 115 | |
| 116 | liqyyeu |
| 117 | yuehongdian |
| 118 | Minquan County Lianhong Trading Co., Ltd. |
| 119 | fgefzfezz |
| 120 | |
| 121 | |
| 122 | HFKMsmgs |
| 123 | Luqent online store |
| 124 | |
| 125 | Autuoman |
| 126 | Finchiger |
| 127 | JONCOCKW |
| 128 | Natalie Co.,ltd |
| 129 | Kalanman |
| 130 | GentleFang |
| 131 | ljhelip01 |
| 132 | wushipokeman |
| 133 | |
| 134 | taohuowangluo |
| 135 | ShenZhenShiXiuRongDianZiShangWuYouXianGongSi |
| 136 | UIKGitP |
| 137 | IDEASUKE |
| 138 | HT Workshop |
| 139 | XiaoqinZ |
| 140 | Husony |
| 141 | wenzhoushixueximaoyiyouxiangongsi |
| 142 | fangyustore |
| 143 | Qaidam |
| 144 | guangzhoufenmeishangmao |
| 145 | NTPTT9 |
| 146 | MLQIDK |
| 147 | CF TQWQT |
| 148 | EHTMSAK |

| | |
|---|---|
| 149 | |
| 150 | XHJUN Clothing |
| 151 | GUZYING Co. ltd |
| 152 | |
| 153 | BUKANG LLC |
| 154 | YDKZYMD |
| 155 | |
| 156 | Yuki Technology Co. |
| 157 | YOTAMI Co. Ltd |
| 158 | Cloud |
| 159 | NaRHbrg |
| 160 | JGGSPWM |
| 161 | |
| 162 | |
| 163 | TAGOLD |
| 164 | Posijego Shop |
| 165 | Owordtank--Clothing for you |
| 166 | ASEIDFNSA Clothing |
| 167 | |
| 168 | Naughtyhood Co.Ltd |
| 169 | Menrkoo Decoration Shop |
| 170 | SSAAVKUY |
| 171 | OVTICZA |
| 172 | |
| 173 | |
| 174 | DengDeng |
| 175 | KNOSFE |
| 176 | kakina CMSX |
| 177 | SZTAOGUI E-commerce |
| 178 | |
| 179 | CHIBEON |
| 180 | SMihono |
| 181 | QCMGMG |
| 182 | |
| 183 | wangqing |
| 184 | Hfyihgf |
| 185 | Scyoekwg |
| 186 | XiAn Dorkasm |
| 187 | KDDYLITQ |
| 188 | Voicry |
| 189 | QWERTYU |

5

| | |
|---|---|
| 190 | FALL FASHION ARRIVALS |
| 191 | BEBUTTON |
| 192 | ████████ |
| 193 | RYDCOT |
| 194 | tklpehg |
| 195 | zhoufen Co.ltd |
| 196 | HBTWLKJ Co,ltd |
| 197 | All- in Lucky store |
| 198 | OXM MALL |
| 199 | icolorfuled |
| 200 | Eease |
| 201 | Jenpsro |
| 202 | SiWeiKeJi |